IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRIME 4 SEASONINGS, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>　　　　　　　　　　　Defendants. | Case No. 25-cv-01771<br><br>Judge Jorge L. Alonso<br>Magistrate Judge Jeannice W. Appenteng |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Wednesday, February 26, 2025 at 9:30 am, the undersigned will appear before the Honorable Judge Jorge L. Alonso, or any judge sitting in his stead, in Courtroom 1903 of the Dirksen Federal Building, or such other place and time as the Court directs, and then and there present Plaintiff's: (1) Motion for Leave to File Documents Under Seal [4]; (2) Motion for Leave to File Excess Pages [6]; (3) Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery, and Alternative Service [7].

| | |
|---|---|
| Dated: February 21, 2025 | Respectfully submitted,<br><br>/s/ James E. Judge<br><br>Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>(312) 724-8874<br>jjudge@fleneriplaw.com |