**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| P4S, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01771 |
| | ) |
| The Partnerships and Unincorporated Associations Identified in Schedule A, | ) Honorable Judge Jorge L. Alonso |
| | ) |
| Defendants. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND DEADLINE
TO ANSWER OR OTHERWISE RESPOND**

Defendant Prexey ("Defendant") respectfully moves this Court for an extension of time, up to and including May 13, 2025, for Defendant to answer or otherwise respond in this matter. In support thereof, Defendant states as follows:

1. The current deadline for Defendant to answer or otherwise respond in this matter is April 22, 2025. Dkt. No. 64.

2. Plaintiff and Defendant have been conducting a good faith settlement negotiation, and additional time is needed to reach a settlement agreement.

3. Defendant requests an extension of time up to and including May 13, 2025, to answer, or otherwise respond to the complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is Defendant's second extension of time request. The Court granted Defendant's first Motion to Extend, which extended the deadline for Defendant to answer or otherwise respond

in this matter from April 8, 2025, to April 22, 2025. Dkt. Nos. 35 and 64. This motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Defendant respectfully requests this Court grant this unopposed motion and extends the deadline by which Defendant are to answer, or otherwise respond to, the complaint in this matter, up to and including May 13, 2025.

Dated: April 22, 2025

Respectfully submitted,

*/s/ Timothy T. Wang*
Timothy T. Wang
**NI, WANG & MASSAND, PLLC**
8140 Walnut Hill, Ste. 615
Dallas, TX 75231
Telephone: (972) 331-4603
Fax: (972) 314-0900
twang@nilawfirm.com

**ATTORNEY FOR DEFENDANT CHANGEABLE**

## CERTIFICATE OF SERVICE

On April 22, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

*/s/ Timothy T. Wang*
Timothy T. Wang